In the Matter of ANTHONY CASTRICONE, Appellant, v LUCY TAYLOR WELCH, or Director for Orleans County Probation Department, Respondent.

Submitted February 20, 2007; decided March 27, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

CITIBANK, N.A., Respondent, v RUTH WAPNICK, Appellant, and SETH WAPNICK et al., Defendants.

Submitted February 26, 2007; decided March 27, 2007

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 801].

ROBERT COULL, Appellant, v PAMELA ROTTMAN, Respondent.

Submitted March 12, 2007; decided March 27, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.